Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiff Nathaniel Moore

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MOORE, Individually, <br><br> Plaintiff, <br><br> v. <br><br> JESSE RODRIGUEZ, an individual; ELIZABETH RODRIGUEZ, an individual, COUNTY OF SAN DIEGO; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 20cv1481-GPC-BGS <br><br> **DECLARATION OF CHRISTOPHER MORRIS IN SUPPORT OF OPPOSITION TO DEFENDANTS JESSE RODRIGUEZ AND ELIZABETH RODRIGUEZ'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER CALIFORNIA'S ANTI-SLAPP STATUTE** |

I, Christophe S. Morris, have personal knowledge of and competent to testify to the following:

1. I am the owner and founder of Morris Law firm, APC. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such. I am counsel of record for Plaintiff Nathaniel Moore. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. As for my background, after graduating from Brigham Young University Law School in 1992, I immediately went to work at the San Diego City Attorney's office. Starting out as a prosecutor, I transferred to the Civil Division and for 10 years defended the city and its employees in complex litigation ranging from civil rights cases to employment and labor disputes. I then served as the head of the Criminal Division, overseeing 30,000 cases the City Attorney's Office filed each year. In 2008, I left the City Attorney's Office for private practice. As a principal in the law firm of Aguirre, Morris & Severson, LLP, I handled all types of litigation, with an emphasis in civil right actions. I founded Morris Law Firm, APC, and have represented victims of civil rights violations since 2014.

3. My rate at $750 per hour is reasonable given my skill, experience, and the prevailing community rate. I expended 3.5 hours reviewing Defendants' anti-SLAPP motion and researching cases cited therein. I expended another 7.6 hours researching and drafting this opposition. Based on my reasonable rate of $750 per hour, Plaintiff requests this Court award him $8,325 in reasonable attorney's fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of December, 2020, at San Diego, California.

                                          s/ Christopher S. Morris
                                          Christopher S. Morris