# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>JESSE RODRIGUEZ, *et al.*,<br><br>  Defendants. | Case No. 20-cv-01481-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE (ECF No. 47)** |

Pending before the Court is the parties' joint motion to dismiss the action with prejudice. (ECF No. 47.) The parties represent that they have settled the claims and have agreed to dismiss the action, with each side bearing their own attorney's fees and costs. Good cause appearing, the Court **GRANTS** the joint motion. The action is dismissed with prejudice. Each party is to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: November 16, 2021

*[signature]*
Hon. Cynthia Bashant
United States District Judge